# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JEFF BRASFIELD and ) | |
| EMILY BRASFIELD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 1:18-cv-01105-STA-egb |
| ) | |
| MASSACHUSETTS BAY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION FOR LEAVE TO APPEAR PRO HAC VICE WITHOUT PREJUDICE

Before the Court is a Motion for Leave to Appear Pro Hac Vice (ECF No. 16) filed by Mark C. Dodart pursuant to Local Rule 83.4(d).  Under that Local Rule, an attorney seeking leave to appear *pro hac vice* must include in his or her written motion, *inter alia*, "a certificate of good standing from the highest Court of a state or the District of Columbia, *and from a United States District Court* . . . ." W.D. Tenn. R. 83.4(d)(1)(A) (emphasis added).  Here, Mr. Dodart properly included a certificate of good standing from the Supreme Court of the State of Louisiana.  Mr. Dodart did not, however, include a certificate of good standing from a United States District Court.  Accordingly, the instant Motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  September 26, 2018