IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JEFF BRASFIELD and**
**EMILY BRASFIELD,**

      **Plaintiffs,**

v.                                                   Civil Action No. 1:18-cv-01105

**MASSACHUSETTS BAY**                 **JURY DEMANDED**
**INSURANCE COMPANY,**

      **Defendant.**

## PLAINTIFFS' VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Jeff Brasfield and Emily Brasfield, and upon representing that they have settled and compromised all of their claims against Massachusetts Bay Insurance Company in this matter, hereby move this Honorable Court to enter an order dismissing their Complaint and all claim asserted herein against Massachusetts Bay Insurance Company with prejudice, with all parties to bear their own costs and attorneys' fees.

                 Respectfully submitted,

                 GILBERT McWHERTER
                 SCOTT BOBBITT PLC


                 s/Clinton H.Scott_____
                 CLINTON H. SCOTT #23008
                 cscott@gilbertfirm.com
                 101 North Highland
                 Jackson, Tennessee 38301
                 Telephone: (731) 664-1340

J. BRANDON MCWHERTER #021600
bmcwherter@gilbertfirm.com
WILLIAM D. BUCKLEY III #036304
Tdbuckley@gilbertfirm.com
341 Cool Springs Blvd., #230
Franklin, Tennessee 37067
Telephone: (615) 354-1144

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or record.

s/Clinton H. Scott_____
CLINTON H. SCOTT