UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JEFF BRASFIELD, ET AL.,** | **JUDGMENT IN A CIVIL CASE** |
|     Plaintiff, | |
| vs. | |
| **MASSACHUSETTS BAY INSURANCE COMPANY,** | CASE NO: 18-1105-STA-egb |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on January 29, 2019, this cause is hereby **DISMISSED with prejudice.**

                                                         APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/29/2019                THOMAS M. GOULD
                                      **Clerk of Court**

                                                  s/Maurice B. BRYSON

                                                  (By) Deputy Clerk